UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maghen Ward, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Credit Control Services, Inc., *doing business as* Credit Collection Services ("CCS"),<br><br>Defendant. | No. 2:20-cv-00430-KJM-DB<br><br>ORDER |

The parties have expressed interest in a settlement conference and are amenable to a settlement conference convened by a member of the court's Voluntary Dispute Resolution Panel (VDRP). Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for prompt referral to VDRP for the convening of a VDRP session to take place in thirty to sixty days thereafter, at which a principal with full settlement authority for each party shall appear. The parties shall notify the court when a neutral is appointed to this matter and when a VDRP mediation session is scheduled. Within seven days of completion of the VDRP session, the parties are ordered to file a Joint Status Report with the court.

IT IS SO ORDERED.

DATED: July 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE